UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOANNE M. TURNER, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:13-CV-1458-B |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation ("FC&R") on an appeal from the decision of the Commissioner of the Social Security Administration (the "Commissioner") denying Plaintiff Joanne Turner's claim for disability insurance benefits under Title II of the Social Security Act. The FC&R recommends reversing the Commissioner's final decision. After conducting a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) of the pleadings, files, and records in this case, as well as the FC&R, the Court is of the opinion that the FC&R are correct and they are accepted as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 29, 2014 are hereby **ADOPTED**. The final decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further proceedings consistent with this opinion, for the reasons stated in the Magistrate Judge's Findings, Conclusions, and Recommendation.

**SO ORDERED.**

**Dated:** September 12, 2014.

                                                                JANE J. BOYLE
                                                                UNITED STATES DISTRICT JUDGE